SIMON HEILBRUNN, Appellant, *v.* NORTH BRITISH AND MERCANTILE INSURANCE COMPANY OF LONDON AND EDINBURGH, Respondent.

*Heilbrunn* v. *North British & Mercantile Ins. Co. of London & Edinburgh,* 161 App. Div. 918, affirmed.
(Submitted June 1, 1914; decided June 16, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 3, 1914, which affirmed an order of Special Term granting a motion for judgment on the pleadings dismissing the complaint for failure to serve a reply to a separate defense set up in an action upon a policy of fire insurance.

*Jacob R. Schiff* for appellant.

*Leo Levy* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.